IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND LEE PEEBLES, #281540, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:12cv-396-WHA |
| ) | |
| CAPT. HICKS, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #55), entered on April 7, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' Motions for Summary Judgment are GRANTED.

2. Judgment is GRANTED in favor of the Defendants.

3. This case is DISMISSED with prejudice.

4. Costs of this proceeding are taxed against the Plaintiff.

5. Final Judgment will be entered accordingly.

DONE this 28th day of April, 2015.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE